UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT FILED ELECTRONICALLY

| | |
|---|---|
| AEOLUS DOWN, INC.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CREDIT SUISSE INTERNATIONAL<br><br>　　　　　　　　　　Defendant. | Civil Action No. 10-cv-8293 (LLS)<br><br>**ACKNOWLEDGEMENT OF SERVICE<br>AND STIPULATION<br>EXTENDING TIME TO ANSWER** |

　　　　Service of the Summons and Complaint in the above captioned action is hereby acknowledged on behalf of Defendant Credit Suisse International as of the 16th day of November 2010. It is further stipulated by and between counsel for Defendant Credit Suisse International and Plaintiff Aeolus Down, Inc. that the time within which Defendant Credit Suisse International must answer or otherwise plead be and hereby is extended through and including January 24, 2011.

Dated:　　　New York, New York
　　　　　　　December 9, 2010

| | |
|---|---|
| HARWOOD LLOYD, LLC<br>Attorneys for Plaintiff,<br>Aeolus Down, Inc.<br><br>By: _/s/ Marcy A. Gilroy_<br>　　　MARCY A. GILROY<br>1571306-1 | COHEN TAUBER SPIEVACK<br>　& WAGNER P.C.<br>Attorneys for Defendant,<br>Credit Suisse International<br><br>By: _/s/ Leo L. Esses_<br>　　　LEO L. ESSES |

SO ORDERED

_____

1571306-1